Matter of Siguenza
2026 NY Slip Op 03604
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

MATTER OF TEODORO X. SIGUENZA, AN ATTORNEY, RESPONDENT. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, PETITIONER.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
—
Present: Lindley, J.P., Ogden, Nowak, And Delconte, JJ. (Filed May 20, 2026.)
[*1]
MEMORANDUM AND ORDER
Order of interim suspension entered pursuant to 22 NYCRR 1240.9.